## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
## CENTRAL DIVISION
## AT LEXINGTON

| | |
|---|---|
| DR. CORNELIUS UBOH ) | |
| ) | |
| ) | |
| Plaintiff/Counterclaim Defendant ) | |
| ) | *Electronically filed* |
| ) | |
| v. ) | |
| ) | Civil Action No. 5:19-cv-00038-JMH |
| ) | |
| UNITED STATES EQUESTRIAN ) | |
| FEDERATION, WILLIAM MORONEY, ) | |
| MURRAY KESSLER, SONJA KEATING ) | |
| AND KENT ALLEN ) | |
| ) | |
| Defendants/Counterclaim Plaintiffs. ) | |

## JOINT STIPULATION OF DISMISSAL

\*\*\*\*

The Parties being in agreement, and the Court being otherwise sufficiently advised, state that they have reached a settlement in this matter resolving all claims and hereby stipulate to the DISMISSAL WITH PREJUDICE of all claims and counterclaims in this matter by and between the Parties, with each party to bear its own costs, and request that this matter be STRICKEN from the Court's active docket.

HAVE STIPULATED AND AGREED:

/s/ Barbara B. Edelman
Barbara B. Edelman
Adrianne C. Strong
Dinsmore & Shohl LLP
100 W. Main Street, Suite 900
Lexington, Kentucky 40507
*Counsel for Defendants,*
*William Moroney, Murray Kessler,*
*Sonja Keating, and Kent Allen*


/s/ Catherine S. Wright (with permission)
Catherine S. Wright
Irvin Rigsby PLC
110 North Main Street
Nicholasville, Kentucky 40356
*Counsel for Defendant,*
*United States Equestrian Federation*


/s/ John Abaray (with permission)
John Abaray
Tad Thomas
Thomas Law Offices, PLLC
9418 Norton Commons Blvd, Ste 200
Louisville, Kentucky 40059
*Counsel for Plaintiff*


15090257.2